

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, NW*
*Washington, D.C. 20530*

August 25, 2025

Clifton Cislak, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

    Re:   *United States v. John Sullivan*, No. 25-3059
            Oral argument not yet scheduled

Dear Mr. Cislak:

    The purpose of this letter is to notify the Court that the Solicitor General has determined that the government will not defend the district court's decision in this case. This appeal involves the denial of the defendant's motion to recover funds he was ordered to forfeit as part of his sentence for convictions that were later pardoned. The government did not oppose that motion in the district court. The district court denied the defendant's motion on May 20, 2025, and the defendant timely appealed on May 28, 2025.

    The defendant's opening brief is currently due on September 17, 2025, and the government's responsive brief is due October 17, 2025. In its brief, the government will not be defending the district court's ruling. Instead, the government will be urging this Court to reverse. Under the circumstances, the Court may wish to invite an amicus curiae to file a brief to defend the rationale of the district court's decision. The Court has done so on past occasions involving analogous circumstances. *See United States v. Thorpe*, No. 23-3027 (not yet decided); *United States v. Fokker*

*Servs. B.V.*, 818 F.3d 733, 740 (D.C. Cir. 2016); *United States v. Ammidown*, 497 F.2d 615, 618 (D.C. Cir. 1973).

> Respectfully submitted,
>
> JEANINE FERRIS PIRRO
> United States Attorney
>
> CHRISELLEN R. KOLB
> Assistant United States Attorneys
>
> _____/s/_____
> DANIEL J. LENERZ
> Assistant United States Attorney
> 601 D Street, NW
> Washington, DC 20530

cc: Steven R. Kiersh, Esq.
LAW OFFICE OF Steven R. Kiersh
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015