# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3059**  **September Term, 2025**

1:21-cr-00047-RDM-1
1:21-cr-00392-RCL-5
1:21-cr-00381-TSC-1
1:21-cr-00078-RCL-1
1:21-cr-00107-RDM-1

**Filed On: March 2, 2026** [2161565]

United States of America,

    Appellee

   v.

John Earle Sullivan,

    Appellant

------------------------------

Consolidated with 25-3074, 25-3076, 25-3078, 25-3093

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on December 22, 2025, be suspended pending further order of the court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

    BY:    /s/
               Louis Karl Fisher
               Deputy Clerk