# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3059**                                   **September Term, 2025**

**1:21-cr-00047-RDM-1**
**1:21-cr-00078-RCL-1**
**1:21-cr-00107-RDM-1**
**1:21-cr-00381-TSC-1**
**1:21-cr-00392-RCL-5**

**Filed On:** March 3, 2026

United States of America,

        Appellee

        v.

John Earle Sullivan,

        Appellant

-----------------------------

Consolidated with 25-3074, 25-3076,
25-3078, 25-3093

**BEFORE:** Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to exceed the word limit, it is

**ORDERED** that the motion be denied. See D.C. Cir. Rule 28(e)(2) (motions to exceed the limits on length of briefs that are not filed at least 7 days before the brief is due "will be denied absent exceptional circumstances"). It is

**FURTHER ORDERED** that the following revised briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Opening Brief(s) of United States, John Earle Sullivan, Stacy Wade Hager, Bruno Cua, and Derek Kinnison | March 10, 2026 |
| Response Brief of Amicus Curiae | May 11, 2026 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-3059**                                    **September Term, 2025**

Reply Brief(s) of United States and                        June 10, 2026
All Appellants

**<u>Per Curiam</u>**

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                    BY:    /s/
                                            Selena R. Gancasz
                                            Deputy Clerk