UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Appellee | ) | |
| | ) | |
| v. | ) | No. 25-3059 |
| | ) | |
| JOHN EARLE SULLIVAN | ) | Consolidated with: |
| | ) | 25-3074, 25-3076, |
| Appellant | ) | 25-3078, 25-3093 |
| | ) | |

**JOINT UNOPPOSED MOTION TO EXTEND
TIME IN WHICH TO FILE REPLY BRIEFS**

Appellants John Sullivan, Stacy Hager, Bruno Cua, and Derek Kinnison, and

the government, through undersigned counsel, respectfully move this Court, under

Circuit Rule 28(e), for a 14-day extension of time, to June 24, 2026, within which

to file their reply briefs.  Oral argument has not been scheduled.  Counsel for court-

appointed amicus curiae and appellant Hector Vargas Santos do not oppose this

request.

As grounds for this motion, undersigned counsel state as follows:

1.      This consolidated appeal arises from appellants' convictions and

sentences related to alleged conduct in or near the U.S. Capitol on January 6, 2021.

Before the merits of their appeals could be resolved, appellants had their

convictions vacated by this Court after receiving a complete pardon from President

1

Trump.  On remand, appellants moved, unopposed by the government, for refunds of all conviction-dependent monetary penalties they had paid.  The district court denied appellants' requests, and each appellant appealed.

2.     On November 25, 2025, this Court consolidated these appeals and appointed amicus curiae to defend the judgments below.  On December 22, 2025, this Court set a briefing schedule and allowed appellant Vargas to stand on his previously filed opening brief.  On March 10, 2026, the remaining appellants filed a joint opening brief, and the government filed a separate brief supportive of appellants' position.  On May 20, 2026, court-appointed amicus curiae filed a corrected brief in support of the judgments below.

3.     Appellants' and the government's reply briefs are due on June 10, 2026.  Oral argument has not been scheduled.

4.     The requested extension is necessitated by, *inter alia*, appellant Cua's counsel's previously assigned, court-appointed, trial, appellate, and administrative assignments, which have not provided sufficient time to complete the timely drafting of appellants' reply brief.  Counsel's other pending matters/assignments include, but are not limited to:  *United States v. Ronnard Williams*, No. 23-3044 (cert petition due June 4, 2026); *United States v. Cooper*, No. 22-3051 (appeal due June 15, 2026); *United States v. Rodriguez Delgado*, No. 24-3148 (appeal currently

due June 4, 2026); *In re Sealed Case*, No. 23-3067 (appeal currently due June 9, 2026).

5.      Other circumstances specific to appellants' counsel also require this extension.  Counsel for appellant Hager will be leaving her Federal Public Defender Office on June 5, 2026.  A new attorney at her current office will take over representation and will need additional time to become familiar with this case.  Moreover, counsel for appellant Kinnison was at a training from May 26 to May 29, 2026 and unable to work on the reply brief during that time.  Finally, additional time is necessary to ensure adequate coordination, consultation, and review among all counsel, as well as with the government with respect to the briefings' shared word limit.

6.      The government also joins this extension request.  The government will be filing a separate reply brief from appellants, albeit one that, when combined with appellants' reply brief, comports with the overall word limit.  Government counsel needs the extension as well, both due to the press of business in other cases before this Court and the D.C. Court of Appeals, but also to permit sufficient time to consult with other interested divisions of the Department of Justice concerning the government's responses to the arguments raised by appellants and amicus.

7.     Court-appointed amicus curiae does not object to the granting of this motion.  Counsel for appellant Vargas is not requesting an extension but also does not object to the granting of this motion.

WHEREFORE, Appellants John Sullivan, Stacy Hager, Bruno Cua, and Derek Kinnison, and the government respectfully request that this motion for extension of time to file their reply briefs, to and including June 24, 2026, be granted.

Dated June 2, 2026.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh
Law Offices of Steven R. Kiersh
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 347-0200
*Counsel for John Earle Sullivan*

_____/s/_____
Katie Hurrelbrink
Federal Defenders of San Deigo, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619) 234-8467
*Counsel for Stacy Wade Hager*

A.J. Kramer
Federal Public Defender

Rene Valladares
Federal Public Defender

_____/s/_____
Rosanna M. Taormina
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
*Counsel for Bruno Cua*

_____/s/_____
Rohit Rajan
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101
(702) 388-6261
*Counsel for Derek Kinnison*

_____/s/_____
Nicholas P. Coleman
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, DC 20530
(202) 252-6829
*Counsel for Plaintiff-Appellee*

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing motion contains 606 words in Times New Roman 14 point font and does not exceed the word or page limit of Fed. R. App. P. 27(d)(2).

/s/
Rosanna M. Taormina
Assistant Federal Public Defender

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on this 2nd day of June, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/
Rosanna M. Taormina
Assistant Federal Public Defender
