# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3059**                    **September Term, 2025**

**1:21-cr-00047-RDM-1**
**1:21-cr-00392-RCL-5**
**1:21-cr-00381-TSC-1**
**1:21-cr-00078-RCL-1**
**1:21-cr-00107-RDM-1**

**Filed On: June 4, 2026** [2176884]

United States of America,

      Appellee

    v.

John Earle Sullivan,

      Appellant

------------------------------

Consolidated with 25-3074, 25-3076,
25-3078, 25-3093

## O R D E R

Upon consideration of the joint unopposed motion for extension of time to file the reply briefs, it is

**ORDERED** that the motion be granted.  The reply briefs of the United States and all appellants are due June 24, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk