**Rene L. Valladares**
**Federal Public Defender**
**District of Nevada**

**Lori C. Teicher**
**First Assistant**

**Rohit Rajan**
**Assistant Federal Public Defender**



**411 E. Bonneville Ave.**
**Suite #100**
**Las Vegas, NV 89101**
**Tel: 702-388-6577**

June 25, 2026

Clifton Cislak, Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001

Re:   *United States v. Sullivan*, No. 25-3059
       Consolidated with 25-3074, 25-3076, 25-3078, 25-3093
       Notification under Fed. R. App. P. 34(b) and D.C. Cir. R. 34(c)

Dear Mr. Cislak:

Pursuant to Federal Rule of Appellate Procedure 34(b) and D.C. Circuit Rule 34(c), undersigned counsel, who will be arguing on behalf of at least Messrs. Sullivan, Hager, Cua, and Kinnison, wishes to advise the Court of a scheduling conflict that will affect his ability to participate in oral argument, which has not yet been scheduled. Counsel has a training scheduled for a federal capital case from September 15, 2026, through September 18, 2026. Counsel will, of course, update the Court should this timing change.

Counsel respectfully requests that the Court schedule oral argument outside of those September dates, so that he can participate in oral argument.

Sincerely,

*/s/ Rohit Rajan*

Rohit Rajan
Assistant Federal Public Defender