# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3059** **September Term, 2026**

**1:21-cr-00047-RDM-1**
**1:21-cr-00392-RCL-5**
**1:21-cr-00381-TSC-1**
**1:21-cr-00078-RCL-1**
**1:21-cr-00107-RDM-1**

**Filed On: October 13, 2026** **[2197767]**

United States of America,

Appellee

v.

John Earle Sullivan,

Appellant

------------------------------

Consolidated with 25-3074, 25-3076, 25-3078, 25-3093

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for October 19, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants and Appellee United States | - | 15 Minutes (to be divided between the parties as they deem appropriate) |
| Amicus Curiae | - | 15 Minutes |

The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Walker, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 14, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)