**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,
v.
JOHN EARLE SULLIVAN, et al.,
Defendant-Appellant.

No. 25-3059 (consolidated with Nos. 25-3074, 25-3076, 25-3078, 25-3093)

**NOTICE OF CORRECTIONS BY APPELLANT HECTOR VARGAS SANTOS**

Appellant Hector Vargas Santos gives notice of corrections to his description of *United States v. Wilson*, 540 F.2d 1100 (D.C. Cir. 1976). In preparing for oral argument, counsel realized that he had misread the relationship between Wilson's payment of a $1,000 fine and the $2,550 that the Court remanded for payment. This notice requests no relief.

*Wilson* concerned $2,550 in cash seized from the defendant's apartment. Wilson separately paid a $1,000 criminal fine that was not part of that sum, and his conviction was not vacated. The Court held that the district court had ancillary jurisdiction and a duty to enforce return of the seized cash at the end of the criminal process and remanded for an order directing payment of $2,550. 540 F.2d at 1101, 1103–04. Appellant Vargas's other references to *Wilson* should be read in light of the holding and fact pattern described above.

The following statements are incorrect and are withdrawn:

1. Opening Brief (No. 25-3074, Doc. 2135886), Summary of Argument at 15: that *Wilson* imposes a duty to effectuate relief "following vacatur." *Wilson* involved relief at the end of a criminal proceeding without a vacatur.

2. Opening Brief at 34–35 and 47: that *Wilson* treated the $1,000 fine as part of the $2,550 "property" the Court remanded for an order directing payment, and that "the court treated paid criminal fines as property that must be returned upon a successful challenge to the conviction."

One sentence of Part I.A of the Simultaneously Lodged Supplemental Reply (Doc. 2181913) that accompanies the July 6, 2026, Motion for Leave to File (Doc. 2181910) contains the error that the $1,000 fine was part of the $2,550 that the Court remanded for payment. If leave is granted, or as otherwise directed, Appellant Vargas will file a corrected version.

Dated: October 16, 2026

Respectfully submitted,

/s/ Nandan Kenkeremath

Nandan Kenkeremath
2707 Fairview Court
Alexandria, Virginia 22311
(703) 407-9407
*Counsel for Appellant*
*Hector Vargas Santos*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, I filed the foregoing through the Court's CM/ECF system, which will serve all registered counsel.

/s/ Nandan Kenkeremath

Nandan Kenkeremath

*Counsel for Appellant Hector Vargas Santos*