# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3059** **September Term, 2026**

**1:21-cr-00047-RDM-1**
**1:21-cr-00392-RCL-5**
**1:21-cr-00381-TSC-1**
**1:21-cr-00078-RCL-1**
**1:21-cr-00107-RDM-1**

**Filed On: October 19, 2026** **[2198813]**

United States of America,

Appellee

v.

John Earle Sullivan,

Appellant

------------------------------

Consolidated with 25-3074, 25-3076, 25-3078,
25-3093

**BEFORE:** Chief Judge Srinivasan, Circuit Judge Walker, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, October 19, 2026 at 9:36 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Rohit Rajan (FPD), counsel for Appellants Kinnison, et al.

Nandan Kenkeremath, counsel for Appellant Vargos Santos.

Nicholas P. Coleman (AUSA), counsel for Appellee United States.

Christopher de Grandpre (Student Counsel), Court-Appointed Amicus Curiae.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk