# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3059** **September Term, 2026**

**1:21-cr-00047-RDM-1**
**1:21-cr-00392-RCL-5**
**1:21-cr-00381-TSC-1**
**1:21-cr-00078-RCL-1**
**1:21-cr-00107-RDM-1**

**Filed On: October 19, 2026** **[2198908]**

United States of America,

Appellee

v.

John Earle Sullivan,

Appellant

------------------------------

Consolidated with 25-3074, 25-3076,
25-3078, 25-3093

**BEFORE:** Srinivasan, Chief Judge; Walker, Circuit Judge; and Randolph, Senior Circuit Judge

**O R D E R**

Upon consideration of the motion of appellant Hector Vargas Santos, in No. 25-3074, for leave to file simultaneously a lodged supplemental reply brief and to dispense with paper copies, and the lodged supplemental reply brief, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk